UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEAN GARRANT, )
)
        Plaintiff, )  Case No. C09-1170-TSZ
)
v. )  **ORDER REVERSING AND**
)  **REMANDING CASE FOR**
MICHAEL ASTRUE, Commissioner of the )  **FURTHER ADMINISTRATIVE**
Social Security Administration, )  **PROCEEDINGS**
)
        Defendant. )

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    The final decision of the Commissioner is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further administrative proceedings consistent with the Report and Recommendation.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 14th day of May, 2010.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 1